## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:18-cv-488-GCM

| | |
|---|---|
| **NORMAN BENNETT,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **PMAB, LLC,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Richard J. Albanese,** filed October 16, 2018 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Albanese is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Norman Bennett.

**IT IS SO ORDERED.**

Signed: November 9, 2018

Graham C. Mullen
United States District Judge