# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-488-GCM

| | |
|---|---|
| NORMAN BENNETT,<br><br>      Plaintiff,<br><br>v.<br><br>PMAB, LLC,<br><br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Joseph C. Hoeffel,** filed May 2, 2019 (Doc. No. 14).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Hoeffel is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Norman Bennett.

**IT IS SO ORDERED.**

Signed: May 3, 2019

Graham C. Mullen
United States District Judge