# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00488-GCM

| | |
|---|---|
| NORMAN BENNETT, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| PMAB, LLC, | )<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the joint motion of the parties to amend the Pretrial Order and Case Management Plan [Doc. 18]. The Court, having reviewed and considered the motion, finds that good cause exists for granting the motion. Accordingly, the scheduling deadlines are hereby reset as follows:

Discovery shall be completed by **September 30, 2019**.

Motions shall be filed by **October 18, 2019**.

Mediation is to be conducted by **October 15, 2019**.

The trial is set for the **December 9, 2019** term.

**SO ORDERED**.

Signed: June 10, 2019

Graham C. Mullen
United States District Judge