# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **NORMAN BENNETT,** | Case No.: |
| Plaintiff. | 3:18-cv-00488-GCM |
| v. | |
| **PMAB, LLC,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 23, 2019
By: */s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jhoeffel@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Christian H. Staples, Esquire
>Shumaker, Loop & Kendrick, LLP
>128 South Tyron Street, Suite 1800
>Charlotte, NC 28202
>cstaples@shumaker.com
>Attorney for Defendant

Dated: August 23, 2019      By: */s/ Joseph C. Hoeffel*
    Joseph C. Hoeffel, Esquire
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email: jhoeffel@creditlaw.com