IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

NORMAN BENNETT, §
§
    Plaintiff, § Civil Action No. 3:18-cv-00488-GCM
§
v. §
§
PMAB, LLC, §
§
    Defendant. §

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Christian H. Staples | */s/* Joseph C. Hoeffel |
| Christian H. Staples, Esq. | Joseph C. Hoeffel, Esq. |
| Shumaker, Loop & Kendrick, LLP | Kimmel & Silverman, P.C. |
| 128 South Tyron Street | 30 East Butler Pike |
| Suite 1800 | Ambler, PA 19002 |
| Charlotte, NC 28202 | Phone: 215-540-8888 |
| Phone: 215-717-4023 | Fax: 215-540-8817 |
| Email: cstaples@shumaker.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: November 4, 2019 | Date: November 4, 2019 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Christian H. Staples, Esq.
Shumaker, Loop & Kendrick, LLP
128 South Tyron Street
Suite 1800
Charlotte, NC 28202
Phone: 215-717-4023
Email: cstaples@shumaker.com
Attorney for the Defendant


Dated: November 4, 2019						By: /s/ Joseph C. Hoeffel
										Joseph C. Hoeffel, Esq.
										Kimmel & Silverman, P.C.
										30 E. Butler Pike
										Ambler, PA 19002
										Tel: 215-540-8888
										Fax: 215-540-8817
										Email: teamkimmel@creditlaw.com
										Attorney for Plaintiff